IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 DEC 21 A 9:27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO.: 2:04CR00025-F-001 |
| ) | 2:06-CV-1129-MEF |
| AMY ANN PITTS, ) | |
| Defendant ) | |

### MOTION TO PROCEED PRO SE

COMES NOW, AMY ANN PITTS, Pro Se, a party to the above referenced case, makes the motion to proceed Pro Se, and to have the attorney of record, removed from the case, so that I can proceed on my behalf.

WHEREFORE, I respectfully request this Honorable Court to permit me to proceed Pro Se, in this case, pursuant to the Sixth Amendment to the Constitution. Also, I reserve the right to retain and/or have a Court appointed Attorney at a later date, if deemed necessary.

Respectfully submitted,

*Amy Pitts*

Amy Ann Pitts, Pro Se
REG #11373-002
FPC - Marianna
Seminole A
P. O. Box 7006
Marianna, FL  32446-7006

DATED: 12/19/06