AO 240 (1/94)

# United States District Court

MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC 21 A 9:26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

UNITED STATES OF AMERICA,
    Plaintiff

V.

AMY ANN PITTS,
    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

2:06-CV-1129-MEF

CASE NUMBER: 2:04CR00025-F-001

I, __AMY ANN PITTS__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant      ☒ other __DEFENDANT__

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __FPC - MARIANNA__

    Are you employed at the institution? __YES__ Do you receive any payment from the institution? __YES__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer

3. In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☐ | ☒ |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO-240-(1/94)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

I declare under penalty of perjury that the above information is true and correct.

12/19/06   *Amy Pitts*
DATE       SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 355.06 on account to his/her credit at (name of institution) **FEDERAL CORRECTIONAL INSTITUTION 3625 F.C.I. ROAD MARIANNA, FL 32446**. I further certify that the applicant has the following securities _____ . I further certify that during the past six months the applicant's average balance was $ _____

12-13-06   *Brenda Rainer, Acct Sup*
DATE       SIGNATURE OF AUTHORIZED OFFICER

Date: 12/12/2006
Time: 9:00:33 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: MNA

**Start Date:** 03/12/2006
**End Date:** 12/12/2006
**Inmate Reg #:** 11373002
**Account Status:** All
**Institution:** All

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11373002 | Living Quarters: | Y02-028U |
| Inmate Name: | PITTS, AMY ANN | Arrived From: | TAL |
| Current Site Name: | Marianna FCI | Transferred To: | |
| Housing Unit: | SEMINOLE | Account Creation Date: | 3/16/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 04/11/2006 04:08:35 AM | TX041106 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| MNA | 05/11/2006 03:43:32 AM | TX051106 | | | Transfer - In from TRUFACS | $100.00 | | $100.00 |
| MNA | 05/15/2006 10:06:19 AM | 33316206 | | | Western Union | $400.00 | | $500.00 |
| MNA | 05/15/2006 11:34:17 AM | 57 | | | Sales | ($78.15) | | $421.85 |
| MNA | 05/15/2006 08:42:20 PM | ITS0515 | | | Phone Withdrawal | ($100.00) | | $321.85 |
| MNA | 05/16/2006 11:40:32 AM | 63 | | | Sales | ($99.54) | | $222.31 |
| MNA | 05/16/2006 02:21:17 PM | 118 | | | Sales | ($11.10) | | $211.21 |
| MNA | 05/19/2006 05:27:23 AM | 70158101 | | | Lockbox - CD | $200.00 | | $411.21 |
| MNA | 05/23/2006 12:23:06 PM | 76 | | | Sales | ($69.20) | | $342.01 |
| MNA | 05/23/2006 12:25:10 PM | 77 | | | Sales | ($0.60) | | $341.41 |
| MNA | 05/26/2006 12:09:44 PM | 72 | | | Sales | ($5.30) | | $336.11 |
| MNA | 05/31/2006 11:16:56 AM | 58 | | | Sales | ($37.90) | | $298.21 |
| MNA | 06/06/2006 02:02:31 PM | 77 | | | Sales | ($15.25) | | $282.96 |
| MNA | 06/06/2006 03:13:05 PM | 33317806 | | | Western Union | $200.00 | | $482.96 |
| MNA | 06/08/2006 08:12:00 PM | ITS0608 | | | Phone Withdrawal | ($100.00) | | $382.96 |
| MNA | 06/09/2006 08:03:15 AM | FICP0606 | | | Inmate Co-pay | ($2.00) | | $380.96 |
| MNA | 06/13/2006 12:13:14 PM | 110 | | | Sales | ($135.59) | | $245.37 |
| MNA | 06/20/2006 08:31:38 AM | 20 | | | Sales | ($68.60) | | $176.77 |
| MNA | 06/21/2006 08:39:26 AM | FICP0606 | | | Inmate Co-pay | ($2.00) | | $174.77 |

Page 1

Date: 12/12/2006  
Time: 9:00:34 am  

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: MNA

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11373002 | Living Quarters: | Y02-028U |
| Inmate Name: | PITTS, AMY ANN | Arrived From: | |
| Current Site Name: | Marianna FCI | Transferred To: | TAL |
| Housing Unit: | SEMINOLE | Account Creation Date: | 3/16/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 06/27/2006 07:07:31 PM | 33319306 | | | Western Union | $200.00 | | $374.77 |
| MNA | 07/06/2006 08:23:09 AM | 9 | | | Sales | ($64.00) | | $310.77 |
| MNA | 07/06/2006 08:26:03 AM | 10 | | | Sales | ($1.55) | | $309.22 |
| MNA | 07/07/2006 08:47:32 AM | FIPP0606 | | | Payroll - IPP | $27.77 | | $336.99 |
| MNA | 07/12/2006 11:42:34 AM | 78 | | | Sales | ($109.85) | | $227.14 |
| MNA | 07/19/2006 12:53:29 PM | 91 | | | Sales | ($71.55) | | $155.59 |
| MNA | 07/19/2006 12:57:13 PM | 92 | | | Sales | ($6.55) | | $149.04 |
| MNA | 07/26/2006 02:20:57 PM | 103 | | | Sales | ($60.40) | | $88.64 |
| MNA | 08/02/2006 11:53:57 AM | 106 | | | Sales | ($64.60) | | $24.04 |
| MNA | 08/04/2006 11:05:38 AM | 33322106 | | | Western Union | $150.00 | | $174.04 |
| MNA | 08/06/2006 08:06:17 PM | ITS0806 | | | Phone Withdrawal | ($50.00) | | $124.04 |
| MNA | 08/07/2006 09:23:24 AM | FIPP0706 | | | Payroll - IPP | $1.20 | | $125.24 |
| MNA | 08/07/2006 09:24:14 AM | FIPP0706 | | | Payroll - IPP | $52.63 | | $177.87 |
| MNA | 08/15/2006 12:44:29 PM | 68 | | | Sales | ($87.55) | | $90.32 |
| MNA | 08/16/2006 08:08:07 PM | 33322906 | | | Western Union | $100.00 | | $190.32 |
| MNA | 08/20/2006 04:51:21 PM | ITS0820 | | | Phone Withdrawal | ($92.00) | | $98.32 |
| MNA | 08/22/2006 11:58:05 AM | ITS2CONV | | | Phone Rev With Rel | $90.84 | | $189.16 |
| MNA | 08/23/2006 02:41:45 PM | 108 | | | Sales | ($51.15) | | $138.01 |
| MNA | 08/25/2006 02:02:11 PM | TFN0825 | | | Phone Withdrawal | ($50.00) | | $88.01 |
| MNA | 08/28/2006 10:47:07 AM | FICP0806 | | | Inmate Co-pay | ($2.00) | | $86.01 |
| MNA | 08/28/2006 05:08:18 PM | 33323706 | | | Western Union | $100.00 | | $186.01 |
| MNA | 08/30/2006 12:08:49 PM | 84 | | | Sales | ($40.35) | | $145.66 |
| MNA | 08/31/2006 08:27:12 PM | TFN0831 | | | Phone Withdrawal | ($45.00) | | $100.66 |
| MNA | 09/06/2006 10:09:36 AM | FICP0906 | | | Inmate Co-pay | ($2.00) | | $98.66 |
| MNA | 09/06/2006 12:08:59 PM | 113 | | | Sales | ($72.40) | | $26.26 |
| MNA | 09/08/2006 07:41:24 AM | FIPP0806 | | | Payroll - IPP | $80.00 | | $106.26 |
| MNA | 09/08/2006 08:34:10 AM | IIS024 | | | FRP Quarterly Pymt | ($25.00) | | $81.26 |
| MNA | 09/09/2006 05:10:29 PM | 33324606 | | | Western Union | $300.00 | | $381.26 |
| MNA | 09/12/2006 02:10:45 PM | 108 | | | Sales | ($53.60) | | $327.66 |
| MNA | 09/12/2006 08:45:31 PM | TFN0912 | | | Phone Withdrawal | ($75.00) | | $252.66 |

Date: 12/12/2006
Time: 9:00:34 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: MNA

### General Information

| Inmate Reg#: | 11373002 | Living Quarters: | Y02-028U |
|---|---|---|---|
| Inmate Name: | PITTS, AMY ANN | Arrived From: | TAL |
| Current Site Name: | Marianna FCI | Transferred To: | |
| Housing Unit: | SEMINOLE | Account Creation Date: | 3/16/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 09/14/2006 02:16:32 PM | IFRP0906 | | | FRP Excess With | $25.00 | | $277.66 |
| MNA | 09/15/2006 06:03:17 AM | IFRP0906 | | | FRP Excess With | $25.00 | | $302.66 |
| MNA | 09/15/2006 01:17:29 PM | IFRP0906-V | | | FRP Excess With | ($25.00) | | $277.66 |
| MNA | 09/19/2006 10:36:49 AM | 41 | | | Sales | ($83.90) | | $193.76 |
| MNA | 09/20/2006 10:56:13 AM | 63 | | | Sales | ($6.55) | | $187.21 |
| MNA | 09/20/2006 02:04:33 PM | | | | Tithes | ($20.00) | | $167.21 |
| MNA | 10/02/2006 12:55:46 PM | 125 | 2183 | | Sales | ($80.50) | | $86.71 |
| MNA | 10/03/2006 09:10:09 PM | 33300207 | | | Western Union | $200.00 | | $286.71 |
| MNA | 10/07/2006 09:30:21 PM | TFN1007 | | | Phone Withdrawal | ($30.00) | | $256.71 |
| MNA | 10/10/2006 07:52:59 AM | GIPP0906 | | | Payroll - IPP | $18.00 | | $274.71 |
| MNA | 10/10/2006 07:53:30 AM | GIPP0906 | | | Payroll - IPP | $12.76 | | $287.47 |
| MNA | 10/10/2006 07:57:12 AM | JV0096 | | | Payroll - UNICOR | $8.05 | | $295.52 |
| MNA | 10/10/2006 08:55:32 AM | 8 | | | Sales | ($73.41) | | $222.11 |
| MNA | 10/16/2006 10:16:19 AM | 19 | | | Sales | ($109.35) | | $112.76 |
| MNA | 10/23/2006 08:46:49 AM | 13 | | | Sales | ($61.50) | | $51.26 |
| MNA | 10/26/2006 01:32:05 PM | | | 210 | Tithes | ($6.00) | | $45.26 |
| MNA | 10/29/2006 09:05:58 PM | 33302107 | | | Western Union | $200.00 | | $245.26 |
| MNA | 10/30/2006 09:16:27 AM | 12 | | | Sales | ($64.85) | | $180.41 |
| MNA | 11/02/2006 08:31:41 PM | TFN1102 | | | Phone Withdrawal | ($50.00) | | $130.41 |
| MNA | 11/06/2006 08:57:46 AM | 23 | | | Sales | ($3.90) | | $126.51 |
| MNA | 11/09/2006 07:51:24 AM | JV0002 | | | Payroll - UNICOR | $38.07 | | $164.58 |
| MNA | 11/11/2006 06:07:55 PM | 33303007 | | | Western Union | $350.00 | | $514.58 |
| MNA | 11/12/2006 07:18:58 PM | TFN1112 | | | Phone Withdrawal | ($100.00) | | $414.58 |
| MNA | 11/13/2006 10:21:30 AM | 27 | | | Sales | ($107.15) | | $307.43 |
| MNA | 11/13/2006 10:23:53 AM | 28 | | | Sales | ($70.50) | | $236.93 |
| MNA | 11/22/2006 10:59:09 AM | 57 | | | Sales | ($54.90) | | $182.03 |
| MNA | 11/28/2006 11:01:02 AM | 34 | | | Sales | ($64.40) | | $117.63 |
| MNA | 12/01/2006 08:31:36 AM | | | 459 | Tithes | ($3.80) | | $113.83 |
| MNA | 12/01/2006 09:23:42 AM | | | 478 | Gift | ($13.94) | | $99.89 |
| MNA* | 12/01/2006 09:27:20 AM | | | 483 | Books | ($30.48) | | $69.41 |

Page 3


Date: 12/12/2006  
Time: 9:00:34 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: MNA

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11373002 | Living Quarters: | Y02-028U |
| Inmate Name: | PITTS, AMY ANN | Arrived From: | TAL |
| Current Site Name: | Marianna FCI | Transferred To: | |
| Housing Unit: | SEMINOLE | Account Creation Date: | 3/16/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 12/06/2006 11:04:59 AM | 40 | | | Sales | ($23.85) | | $45.56 |
| MNA | 12/07/2006 07:56:54 AM | GIPP1106 | | | Payroll - IPP | $16.20 | | $61.76 |
| MNA | 12/07/2006 08:01:46 AM | JV0011 | | | Payroll - UNICOR | $23.30 | | $85.06 |
| MNA | 12/08/2006 07:09:21 PM | 33305007 | | | Western Union | $300.00 | | $385.06 |
| MNA | 12/09/2006 02:10:38 PM | TFN1209 | | | Phone Withdrawal | ($30.00) | | $355.06 |
| **Total Transactions:** | **84** | | | **Totals:** | | **$355.06** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | $355.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $355.06 |
| **Totals:** | **$355.06** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$355.06** |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 DEC 21 A 9:26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA, )
          Plaintiff )
)
)
v. )  CASE NO.: 2:04CR00025-F-001
)
)  2:06-CV-1129-MEF
)
AMY ANN PITTS, )
          Defendant )

## MOTION TO PROCEED FORMA PAUPERIS

COMES NOW, AMY ANN PITTS, Pro Se, who is now incarcerated at FPC - Marianna, asks this Honorable Court to file the attached Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or correct Sentence by a Person in Federal Custody, as well as, the Memorandum of Law in Support of the § 2255, without prepayment of costs, and to proceed in forma pauperis. The Defendant's affidavit in support of this petition is attached hereto

Respectfully submitted,

*Amy Pitts*

Amy Ann Pitts, Pro Se
REG #11373-002
FPC - Marianna
Seminole A
P. O. Box 7006
Marianna, FL   32446-7006

DATED: 12/19/06