IN THJE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>v.<br><br>AMY PITTS,<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>) CASE NO.: 2:04CR-0025-F<br>)<br>) 2:06-CV-1129-MEF<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

　　COMES NOW, AMY PITTS, Pro Se, I certify that I have enclosed my following documents to the Court in support of my § 2255, The documents are as follows:

　　A. Motice to Proceed Pro Se
　　B. Motion to Proceed Forma Pauperis
　　C. Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody
　　D. Memorandum of Law in Support of my § 2255

　　The documents mentioned above are to be sent to the following people with the proper amount of postage affixed to the envelopes.

Clerk of Court
U.S. Courthouse
One Church Street
P. O. Box 711
Montgomery, AL  36101-0711

Terry F. Moorer
One Court Square
Suite 201
P. O. Box 197
Montgomery, AL   36101-0197

　　This document was placed in the mail on the 19th day of December 2006.

-2-

Respectfully submitted,

*Amy Pitts*

Amy Ann Pitts, Pro Se
REG #11373-002
FPC - Marianna
Seminole A
P. O. Box 7006
Marianna, FL   32446-7006

DATED: 12/19/06