February 19, 2007

RECEIVED

2007 FEB 22  A 9: 20

_____ P. HACKETT, ___
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Clerk of Court
United States Dustrict Court
Middle District of Alabama
P. O. Box 197
Montgomery, Alabama    36101-0197

RE:  CASE NO.:  2:06-CV-1129-MEF-SRW
                (CR-2:04-CR-0025-MEF)
     United States of America v. Amy Ann Pitts

Dear Sir/Madame:

     In response to the "Response to Show Cause Order Regarding Government's
Motion to Dismiss Petitioner's 28 USC 2255 Motion, dated February 2, 2007:

     I would like to respond to the above referenced Motion, but feel that
I do not have enough time to do so in accordance with the timeframe
stipulated in the SCRAP.  Therefore, I would like to ask the Court for
a twenty (20) day extension in order to properly file my reply.  I
received this informaion (Motion Response) on or about February 12, 2007.

                              Respectfully submitted,

                              Amy Ann Pitts

                              Amy Ann Pitts, Pro Se
                              REG # 11373-002
                              FPC - Marianna
                              Seminole A
                              P. O. Box 7006
                              Marianna, FL  32446-7006


/ms
cc:  Mr. Todd Brown, Assistant U.S. Attorney

NAME: Amy Ann Pitts
REG. NO. 11373-002
QUARTERS: Seminole A
FEDERAL PRISON CAMP
P.O. BOX 7006
MARIANNA, FL 32446-7006

361014-0711

CLERK OF COURT
United States District
Middle District of Alabama
One Church Street
P. O. Box 711
Montgomery, AL    36101-071

GWF BAY Ct
FL 3
20 FEB 20