IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMY ANN PITTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:06cv1129-MEF |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of Respondent's "*Motion for Leave to File Motion to Dismiss Defendant's 28 U.S.C. § 2255 Motion*" (Doc. No. 9), and for good cause, it is

ORDERED that the motion (Doc. No. 9) be and is hereby GRANTED with regard to the claims set forth in Petitioner's original § 2255 motion (Doc. No. 1).

DONE, this 24th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE