IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMY ANN PITTS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civil Action No. |
| | )  2:06cv1129-MEF |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Upon review of Petitioner's "*Response to Government's Motion for Leave to File Motion to Dismiss Defendant's 28 U.S.C. § 2255 Motion*" (Doc. No. 14), the undersigned concludes that a limited response from Respondent is necessary to address the allegations of ineffective assistance of counsel that are set forth on pp. 5-6 of the response. Accordingly, the United States Attorney is

ORDERED to file a response within thirty (30) days from the date of this order addressing the allegations of ineffective assistance of counsel set forth in Petitioner's response (Doc. No. 14).

DONE, this 24th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE