IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 DEC -7 A 9: 29

[DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA]

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Respondent | )<br>)<br>)<br>) |
| v. | ) CASE NO.: 2:06cv1129-MEF<br>) (CR No.: 2:04cr-25-F) |
| AMY ANN PITTS,<br>Petitioner | )<br>)<br>)<br>) |

MOTION TO FILE EXTENSION OF TIME TO FILE
PETITIONER'S RESPONSE TO UNITED STATES'
RESPONSE TO MY § 2255 MOTION

COMES NOW, Amy Ann Pitts, Pro Se, respectfully request this Court to grant me a thirty (30) day extension in which to file my Response to the United States' Response to my § 2255 Motion. I ask for this extension due to the timefram in which to answer the response and the fact that I received the government's document on Friday, November 30, 2007. Due to the fact that I have to request research books and information from the FCI-Marianna Law Library and also, due to the time in which they send the books to the Camp, I feel that I would not enough time to reply to the government's response in a timely manner. Also, due to the holidays that are approaching, this will cause a delay in me receiving the books, due to staff availability.

WHEREFORE, I pray this Honorable Court will grant me an extension of time in which to be able to respond to the government's response to my § 2255.

-2-

Respectfully submitted,

*Amy Pitts*

Amy Ann Pitts, Pro Se
REG #11373-002
FPC-Marianna
Seminole A
P. O. Box 7006
Marianna, FL   32446-7006

DATED: 12/4/07

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Respondent<br><br>v.<br><br>AMY ANN PITTS,<br>  Petitioner | )<br>)<br>)<br>)<br>)<br>) CASE NO.: 2:06cv1129-MEEF<br>) (CR No.: 2:04cr-25-F)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that I placed a copy of my Motion to File Extension of Time to File my Response to United States' Response to my § 2255 Motion.

Clerk of Court
United States District Court
Middle District of Alabama
Northern Division
P. O. Box 711
Montgomery, AL   36101-0711

Ms. Sandra J, Stewart
Assistant United States attorney
131 Clayton Street
Montgomery, AL   36101-0197

The envelopes were taken to R&D for mailing on the 4th day of December 2007. The appropriate amount of postage was affixed to each envelope and mailed by R&D.

Respectfully submitted,

Amy ann Pitts, Pro Se
REG #11373-002
FPC-Marianna
Seminole A
P. O. Box 7006
Marianna, FL   32446-7006

DATED: 12/4/07

MS. AMY ANN PITTS
REG# 11373-002
FPC-MARIANNA SEMINOLE A
P.O BOX 7006
MARIANNA, FL. 32446



CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

36101+0711-11 B007