IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMY ANN PITTS, )<br>)<br>　　　Petitioner, )<br>)<br>v )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>　　　Respondent. ) | Civil Action No.<br>2:06cv1129-MEF |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time (Doc. No. 22), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Petitioner be GRANTED an extension from December 17, 2007, to and including January 17, 2008, to file a reply to the government's response to Petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on November 26, 2007.

Done this 10th day of December, 2007.

　　　　　　　　　　　　　　　　/s/Susan Russ Walker
　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE