# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **AMY ANN PITTS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:06cv1129-MEF** |
| **UNITED STATES OF AMERICA,** | ) | **(CR No.: 2:04cr-25-F)** |
| | ) | |
| **Respondent.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Respondent in the above-
captioned case, by and through Leura G. Canary, United States Attorney for the
Middle District of Alabama, and makes the following disclosures concerning
parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities
reportable under the provisions of Middle District of Alabama's General Order
No. 3047:

    ☐     This party is an individual, or

    ☒     This party is a governmental entity, and

    ☒     There are no entities to be reported, or

1

▢    The following entities and their relationship to the party are hereby

reported:  None.

Done this 11th day of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/  Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36101-0197
(334) 551-1764
(334) 223-7135

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **AMY ANN PITTS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:06cv1129-MEF** |
| **UNITED STATES OF AMERICA,** | ) | **(CR No.: 2:04cr-25-F)** |
| | ) | |
| **Respondent.** | ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 11, 2007, I electronically filed the foregoing Conflict

Disclosure Statement with the Clerk of the Court using the CM/ECF system and mailed, postage

prepaid, a copy of this response to the *pro se* Defendant/Movant as follows:

    Amy Ann Pitts
    Rg. #113373-002
    FPC Marianna
    Marianna, FL  32446


      Respectfully submitted,

      LEURA G. CANARY
      UNITED STATES ATTORNEY


      /s/  Sandra J. Stewart
      SANDRA J. STEWART
      Assistant United States Attorney
      131 Clayton Street
      Montgomery, AL  36101-0197
      (334) 551-1764
      (334) 223-7135