IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMY ANN PITTS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| VS. | ) Civil Action No. 2:06cv1129-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of Thomas M. Goggans as counsel for Amy Ann Pitts.

                                                    **s/ Thomas M. Goggans**
                                                    Ala. State Bar No. 2222-S45-T
                                                    2030 East Second Street
                                                    Montgomery AL 36106
                                                    PH: 334.834.2511
                                                    FX: 334.834.2512
                                                    e-mail: tgoggans@tgoggans.com

                                                    Attorney for Petitioner
                                                    Amy Ann Pitts

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMY ANN PITTS, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| VS. | ) Civil Action No. 2:06cv1129-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 10th day of January, 2008, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: Sandra J. Stewart.

                                        **s/ Thomas M. Goggans**
                                        Ala.  S.J.I.S. GOG001
                                        2030 East Second Street
                                        Montgomery AL 36106
                                        PH: 334.834.2511
                                        FX: 334.834.2512
                                        e-mail: tgoggans@tgoggans.com

                                        Attorney for Petitioner
                                        Amy Ann Pitts