IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMY ANN PITTS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| VS. | ) Civil Action No. 2:06cv1129-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

I

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW **Amy Ann Pitts,** a petitioner in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    [**X**]    This party is an individual, or

    [ ]    This party is a governmental entity, or

    [ ]    There are no entities to be reported, or

    [ ]    The following entities and their relationship to the party are hereby reported:

Reportable Entity                  Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Petitioner
Amy Ann Pitts

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| AMY ANN PITTS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| VS. | ) Civil Action No. 2:06cv1129-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 10th day of January, 2008, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: Sandra J. Stewart.

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Petitioner
Amy Ann Pitts