IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AMY ANN PITTS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. |
| | ) | 2:06cv1129-MEF |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Petitioner on February 22, 2007 (Doc. No. 12), and as on this date the court has granted the motion for extension of time filed by Petitioner on January 10, 2008 (Doc. No. 27), it is

ORDERED that Petitioner's February 22, 2007, motion for extension of time (Doc. No. 12) be and hereby is DENIED as moot.

Done this 11th day of January, 2008.

                        /s/Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE