IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| AMY ANN PITTS, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:06-cv-1129-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #34) filed on December 30, 2008 are overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #33) entered on December 15, 2008 is adopted;

(3)  The 28 U.S.C. § 2255 motion filed by Pitts is DENIED, as the claims therein entitled her to no relief.

DONE this the 21st day of January, 2009.

                                                  /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE